FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

2020 OCT 29  PM 12: 35

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### Ocala Division

Travis Bennett

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

P. HART, CASE MANAGER, ET AL.,
(SEE ATTACHED)

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)
In Their Individual and Official Capacity(ies).

Case No. 5:20-CV-523 OC 78 PRL
(to be filled in by the Clerk's Office)

JURY DEMAND
APPOINTMENT OF COUNSEL REQUESTED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Travis Bennett
        All other names by which you have been known: N/A
        ID Number: 90268-083
        Current Institution: USP-1 Coleman
        Address: Federal Correctional Complex, P.O. Box 1033
        City: Coleman   State: FL   Zip Code: 33521-1033

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name: P. HART
    Job or Title *(if known)*: CASE MANAGER
    Shield Number *: ?
    Employer: FEDERAL BUREAU OF PRISONS
    Address: 846 NE 54TH TERRACE
    City: COLEMAN   State: FL   Zip Code: 33521
    [✓] Individual capacity   [✓] Official capacity

Defendant No. 2
    Name: "JOHN DOE" CAMMARANO
    Job or Title *(if known)*: LIEUTENANT
    Shield Number: ?
    Employer: FEDERAL BUREAU OF PRISONS
    Address: 846 NE 54TH TERRACE
    City: COLEMAN   State: FL   Zip Code: 33521
    [✓] Individual capacity   [✓] Official capacity

*PLEASE NOTE: Shield Numbers and first names are not conspicuously displayed on corrections officers' uniforms making identification of defendants by either Shield Number or first name impossible.

Page 2 of 11

Defendant No. 3
    Name: "JOHN DOE" HAUGHTON
    Job or Title (if known): Counselor
    Shield Number: ?
    Employer: FEDERAL BUREAU OF PRISONS
    Address: 846 NE 54TH TERRACE
    COLEMAN, FL 33521
    City / State / Zip Code
    [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
    Name: "JOHN DOE" CARROLL
    Job or Title (if known): DISCIPLINE HEARING OFFICER ("DHO")
    Shield Number: ?
    Employer: FEDERAL BUREAU OF PRISONS
    Address: SOUEAST REGION, 3800 CAMP CREEK PKW. SW BLDG 2000
    ATLANTA, GA 33031
    City / State / Zip Code
    [✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [✓] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fifth Amendment Due Process of Law Clause
Eighth Amendment Cruel and Unusual Punishments Clause

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants herein named are (and were) employees of the Federal Bureau of Prisons (hereinafter "FBOP") and acted in direct contravention of the Fifth and Eighth Amendments, Title 5 U.S.C. §§ 3331 et seq., Title 18 U.S.C. §§ 241, 242 and Title 42 U.S.C. § 1985(3).

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

JANUARY 21, 2020 and continuing thru the present
PLACE: Federal Correctional Complex, USP-1 Post Office Box 1033, Coleman, FL, 33521-1033

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE § B, supra

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Defendants Hart, Cammarano, Haughton and Carroll, did knowingly and intentionally conspire, within the meaning of Title 18 U.S.C. §§ 241, 242, and Title 42 U.S.C. § 1985(3) to deprive this Plaintiff of rights/privileges and immunities guaranteed by the Constitution and Laws of these United States of America, resulting in the deprivation of Plaintiff's Fifth and Eighth Amendment rights.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Plaintiff was injured by being deprived of his Fifth and Eighth Amendment rights, loss of Good Conduct Time and having his term of imprisonment extended by 68 (sixty-eight) days (104-DIS GCT 41 DAYS [plus] 234A-DIS GCT 27 DAYS).

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Plaintiff seeks this Honorable Court enter an ORDER for the FBOP to EXPUNGE Incident Report No.: 3354860 and remove ALL sanctions imposed. Plaintiff seeks joint and several punitive damages award of up to $500,000.00 (Five-hundred thousand U.S. dollars) and compensatory damages of up to $100,000.00 (one-hundred thousand U.S. dollars) both jointly and severally. Additionally, Plaintiff seeks an ORDER of this Honorable Court REVOKING all Defendants' federal bonds; APPOINTMENT of Plaintiff counsel and CONVENTION of Jury on ALL triable issues.

- Lastly, Plaintiff seeks RE-INSTATEMENT of the 68 days Good Conduct Time unconstitutionally taken at the hand of Government.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
USP1 Coleman
POST OFFICE BOX 1033
COLEMAN, FL 33521-1033

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL CLAIMS ARE ENCOMPASSED WITHIN FBOP PROGRAM STATE-
MENT # 5270.09 AND/OR THE VERSION OF SUCH PROGRAM STATE-
MENT EXISTING AT THE TIME OF THE INCIDENT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes         N/A

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
SOUTHEAST REGIONAL OFFICES
3800 CAMP CREEK PARKWAY, SW
BUILDING 2000
ATLANTA, GA
30331

FEDERAL BUREAU OF PRISONS
CENTRAL OFFICE
320 First Street, N.W,
Washington, D.C,
20534

2. What did you claim in your grievance? That the Plaintiff's Due Process rights in Incident Report No.: 3354860 were violated by the Defendants named above.

3. What was the result, if any? Incident Report No.: 3354860 was affirmed without consideration of Plaintiff's Due Process claim.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Plaintiff filed to the Southeast Region and the Central Office in Washington, D.C.
The grievance process is complete.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

DHO Report, grievances and grievance responses attached.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   ___N/A___

4. Name of Judge assigned to your case
   ___N/A___

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☑ No      N/A

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Travis Bennett* 10-21-2020

Signature of Plaintiff
Printed Name of Plaintiff: Travis Bennett
Prison Identification #: 90268-083
Prison Address: USP-1 Coleman, P.O. Box 1033
Coleman, FL 33521-1033

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A / N/A / N/A (City / State / Zip Code)
Telephone Number: N/A
E-mail Address: N/A



Legal mail

United States District Court
office of the clerk
Golden-Collum Memorial Federal,
Building and US Courthouse
207 NW second street, Room 337
Ocala, Florida 34475

Travis Bennett #90[illegible]
Federal correctional complex-USP 1
P.O. Box 1033
Coleman FL 33521

SCREENED BY USMS